UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **WILLIAM D. HAMBY, JR., #135146,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 3:23-cv-00084 |
| | ) |
| **MS. HOPPER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is a pro se pleading asserting "deprivation of civil rights" (Doc. No. 1) filed by Plaintiff William D. Hamby, Jr., an inmate of the Northwest Correctional Complex in Tiptonville, Tennessee. Plaintiff did not pay the civil filing fee, nor did he file an application for leave to proceed in forma pauperis. On February 14, 2023, two weeks after the Court received Plaintiff's opening pleading, he filed an affidavit and "note to Court" requesting to "void this lawsuit" because it was not initiated by Plaintiff, but by another inmate who "filed it [and] forged it in [Plaintiff's] name." (Doc. No. 3).

The Court construes Plaintiff's affidavit as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See <u>Harris v. Adams Cnty. Domestic Relations</u>, No. 1:14-cv-2074, 2015 WL 5895502, at *2 (M.D. Pa. Sept. 30, 2015) (construing pro se plaintiff's letter seeking to withdraw complaint as notice of voluntary dismissal under Rule 41(a)(1)(A)(i)). Under this Rule, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i). A notice of dismissal in such circumstances is "self-effectuating, leaving no basis upon which a District Court can prevent such a dismissal,"

and is "effective immediately upon . . . filing." Aamot v. Kassel, 1 F.3d 441, 445 (6th Cir. 1993); see Wellfount, Corp. v. Hennis Care Ctr. of Bolivar, Inc., 951 F.3d 769, 774 (6th Cir. 2020) ("Under Rule 41(a)(1), a qualifying plaintiff has an absolute right to withdraw its action and, once a notice of dismissal is filed, a district court 'has no discretion to deny such a dismissal.'" (quoting Aamot, 1 F.3d at 443)).

Accordingly, Plaintiff voluntarily dismissed this case without prejudice on February 14, 2023. Although no order is necessary to effectuate this disposition, as an administrative matter, the Clerk is **DIRECTED** to close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE